ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
adamqwang@gmail.com

*E-Filed 12/10/09*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| MARIO BARRERAS VALENZUELA, on behalf of all similarly situated others,<br><br>Plaintiffs,<br><br>vs.<br><br>MC2 POOL & SPA, MICHAEL & BRIAN MCFALL PTRS, GUILLERMO B MCFALL, BRIAN MCFALL, and DOES 1-10<br><br>Defendants | Case No.: C09-1698 RS<br><br>STIPULATION TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER<br><br>**AS MODIFIED BY THE COURT** |

Parties, through their respective counsel, hereby stipulate as follows:

1. Parties had scheduled a mediation on January 12, 2009 based on a preliminary understanding reached between parties during the pre-mediation conference with the mediator.

2. Subsequently, a discovery dispute arose which will need to be resolved via a motion. This dispute will affect the mediation to go forward as scheduled. A further conference with the mediation was scheduled on December 10, 2009.

3. As such, at this point, with the uncertainty concerning the mediation, parties are not able to intelligently discuss the timetable of this case.

4. Therefore, the parties request that the further Case Management Conference currently scheduled for Wednesday December 16, 2009 be continued until Wednesday December 30, 2009 with the joint case management conference statement due on Wednesday December 23, 2009.

**STIPULATION** TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER
Valenzuela v. Michael & Brian Mcfall PTRS., et al.
1                              Case No.   C09-01698 RS

The Case Management Conference will be telephonic.  No later than **December 23, 2009**, all parties should contact Court Conference at 866/582-6878 to arrange their telephone participation.

Dated: December 9, 2009                    By:  /s/ Adam Wang
                                                Adam Wang
                                                Attorney for Plaintiff

Dated: December 9, 2009                    By:  /s/ P Sophie Mai
                                                P. Sophie Mai
                                                Attorney for Defendants

[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS ORDERED.

Date:  December 10, 2009                   By:  _____
                                                Richard Seeborg
                                                United States Magistrate Judge

**STIPULATION** TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER
Valenzuela v. Michael & Brian Mcfall PTRS., et al.
                             2                  Case No.   C09-01698 RS