*E-Filed 12/28/2009*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO BARRERAS VALENZUELA, on behalf of all similarly situated others,<br><br>            Plaintiff,<br>   v.<br><br>MC2 POOL & SPA; MICHAEL & BRIAN MCFALL PTRS; GUILLERMO B. MCFALL; BRIAN MCFALL; and DOES 1-10,<br><br>            Defendants.<br>_____ / | No. C 09-01698 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was scheduled for December 30, 2009. After considering the Joint Case Management Statement submitted by the parties, good cause appears to adopt the parties' proposed schedule with such minor adjustments as are necessary to conform to the Court's calendar practices. Accordingly, the Case Management Conference is vacated and, IT IS HEREBY ORDERED THAT:

1.   ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  This matter is referred to mediation to be completed by **May 15, 2010**, if possible.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

2.   DISCOVERY.

On or before **December 15, 2010**, all non-expert discovery shall be completed by the parties. Any discovery requests pursuant to Federal Rules of Civil Procedure 33-36 and 45 shall be served far enough in advance so that responses to written discovery shall be due, as provided in said rules, no later than the discovery completion date.  All depositions shall be concluded by the discovery completion date.

Discovery shall be limited as follows:  (a)  ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.   EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before **January 14, 2011**, the parties shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before **March 15, 2011**, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.   PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be **heard** no later than **May 18, 2011**.

5.   PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before **June 22, 2011**, counsel shall file a Joint Pretrial Statement in accordance with the attached Standing Order for Final Pretrial Conference.

**United States District Court**
For the Northern District of California

6. <u>PRETRIAL CONFERENCE</u>.  The final pretrial conference will be held on **July 6, 2011, at 2:30 p.m.**  Each party or lead counsel who will try the case shall attend personally. Counsel shall comply with the attached Standing Order for Final Pretrial Conference.

7. <u>TRIAL DATE</u>.  Jury trial shall commence on **July 18, 2011, at 9:00 a.m**.

IT IS SO ORDERED.

DATED:  December 28, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge