1 | Phillip M. Sims (SBN:51590)
2 | P. Sophie Mai (SBN:254361)
  | SIMS & LAYTON
3 | 84 W. Santa Clara St., #660
  | San Jose, CA 95113
4 | (408) 998-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARIO BARRERAS VALENZUELA | CASE NO. 09-01698 RS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION |
| v. | |
| MC 2 POOL & SPA, MICHAEL & BRIAN MCFALL PTRS, GUILLERMO B MCFALL, BRIAN MCFALL and DOES 1-10. | |
| Defendants. | |

Plaintiff Mario Barreras Valenzuela and Defendants MC 2 POOL, et al, hereby file this Stipulation and proposed order extending time to complete mediation.

1. On August 12, 2009, per stipulation and court order, a court appointed mediation was to be completed by November 12, 2009.

2. On September 15, 2009, Mr. Victor Schacter was named as the court-appointed mediator to this matter.

3. On October 1, 2010, by mutual agreement of all parties via conference call, the mediation was scheduled for Tuesday January 12, 2010.

4. In December 2009, a discovery dispute arose between the two parties. As a result, the

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION   C09-01698 RS

1 previously scheduled January 12, 2009 mediation was taken off calendar. On February 22, 2010, Mr. Schacter's appointment as mediator was vacated due to a scheduling conflict.

5. On December 28, 2009, a case management scheduling order set the new mediation deadline for May 15, 2010.

6. On March 8, 2010 a second mediator, retired Judge Suzanne Nussbaum was appointed and a mediation was again set for May 5, 2010.  However, after some discussion amongst counsel regarding Judge Nussbaum's inexperience handling collective cases, both parties objected to Judge Nussbaum's appointment as mediator.

7. On April 13, 2010, a third mediator, Thomas Denver was appointed as mediator. A tentative mediation has been set for June 22, 2010.

8. Due to the recent, multiple appointments of mediators, both parties request that a new mediation deadline be set for July 15, 2010.

9. There are no additional anticipated changes to the case management order at this time.

Respectfully Submitted,


SIMS & LAYTON

Date :5/4/2010        /s/ Sophie Mai Gines_____
PHILLIP M. SIMS
SOPHIE MAI GINES
Attorneys for *Defendants* MC 2 POOL & SPA et al.


Date 5/4/2010         /S/ Adam Wang_____
ADAM WANG, ESQ.
Attorney for Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION  C09-01698 RS

[~~Proposed~~] Order

The court hereby grants extension of the previously set mediation deadline of May 15, 2010 to July 15, 2010. There are no further anticipated changes to the court dates previously ordered to in the December 28, 2009 case management order.

Date  5/5/10

_____
US District Judge Richard Seeborg

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO COMPLETE MEDIATION   C09-01698 RS