**United States District Court**
For the Northern District of California

*E-Filed 6/28/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARIO BARRERAS VALENZUELA, on
behalf of all similarly situated others,

        Plaintiff,

  v.

MC2 POOL & SPA; MICHAEL & BRIAN
MCFALL PTRS; GUILLERMO B.
MCFALL; BRIAN MCFALL; and DOES 1-
10,

        Defendants.

_____/

No. C 09-01698 RS

**ORDER RE DEFENDANTS' MOTION
TO ENLARGE TIME AND
PLAINTIFF'S REQUEST TO
CONTINUE CASE MANAGEMENT
CONFERENCE**

On June 22, 2011, defendants MC2 Pool & Spa, Michael & Brian McFall Partners,
Guillermo McFall, and Brian McFall filed a motion to continue for six months the trial presently
scheduled to begin on July18, 2011.  Although plaintiff Valenzuala apparently did not respond to a
request to stipulate to a new trial date, he has not filed any opposition to the motion to change time.
Moreover, on June 28, 2011, plaintiff filed a motion to continue for one week the Case Management
Conference set for June 30, 2011.  Plaintiff does not indicate that he attempted to confer with
defendants to enter a stipulation as required by Civil Local Rule 6-3.

    Based on the parties' respective requests, the Court enters the following Order:  The Pretrial
Conference on July 7, 2011 and the trial starting July 18, 2011 are vacated.  The Case Management
Conference presently set for June 30, 2011 shall be continued to **July 14, 2011 at 10:00 a.m.**  The

1   remaining requests in defendants' motion to change time will be addressed at the Conference.  The

2   parties shall participate in the preparation and filing of a Joint Case Management Statement at least

3   one week prior to the Conference.

4

5        IT IS SO ORDERED.

6

7   Dated: 6/28/11                                    _____

8                                                RICHARD SEEBORG
                                                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

No. C 09-01698 RS
ORDER

2