AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| | |
|---|---|
| MARIO BARRERAS VALENZUELA<br>Plaintiff(s),<br>V.<br>MC2 POOL & SPA, et al.<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: C09-01698-RS |

Notice is hereby given that, subject to approval by the court, __Michael & Brian McFall Partners__ substitutes
(Party(s) Name)

__Dhaivat H. Shah__, State Bar No. __196382__ as counsel of record in
(Name of New Attorney)

place of __Ropers, Majeski, Kohn & Bentley__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Grellas Shah LLP
Address: 20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 95014
Telephone: (408) 255-6310   Facsimile: (408) 255-6350
E-Mail (Optional): ds@grellas.com

I consent to the above substitution.
Date: 4/5/12

(Signature of Party(s))
Ropers, Majeski, Kohn & Bentley

I consent to being substituted.
Date: 4/9/12

By: _____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/10/2012

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/12

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]