AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MARIO BARRERAS VALENZUELA
Plaintiff(s),
V.
MC2 POOL & SPA, et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-01698-RS

Notice is hereby given that, subject to approval by the court, **Michael & Brian McFall Partners** (Party(s) Name) substitutes **Dhaivat H. Shah** (Name of New Attorney), State Bar No. **196382** as counsel of record in place of **Ropers, Majeski, Kohn & Bentley** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Grellas Shah LLP
Address: 20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 95014
Telephone: (408) 255-6310   Facsimile: (408) 255-6350
E-Mail (Optional): ds@grellas.com

I consent to the above substitution.
Date: 4/5/12
(Signature of Party(s))
Ropers, Majeski, Kohn & Bentley

I consent to being substituted.
Date: 4/9/12
By: _____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/10/2012
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/12
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]