AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

MARIO BARRERAS VALENZUELA
                    Plaintiff (s),
V.

MC2 POOL & SPA, et al.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-01698-RS

Notice is hereby given that, subject to approval by the court, **MC2 Pool & Spa** substitutes
(Party (s) Name)

**Dhaivat H. Shah**, State Bar No. **196382** as counsel of record in
(Name of New Attorney)

place of **Ropers, Majeski, Kohn & Bentley**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Grellas Shah LLP |
|---|---|
| Address: | 20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 95014 |
| Telephone: | (408) 255-6310   Facsimile (408) 255-6350 |
| E-Mail (Optional): | ds@grellas.com |

I consent to the above substitution.
Date: 4/9/12
                    (Signature of Party (s))

I consent to being substituted.
Date: 4/9/12
                Ropers, Majeski, Kohn & Bentley
                By:
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/10/2012
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/12
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]