AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  NORTHERN  | District of | CALIFORNIA |

MARIO BARRERAS VALENZUELA
                     Plaintiff (s),

V.

MC2 POOL & SPA, et al.
                     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-01698-RS

Notice is hereby given that, subject to approval by the court, __Guillermo B. McFall__ substitutes
(Party (s) Name)

__Dhaivat H. Shah__, State Bar No. __196382__ as counsel of record in
(Name of New Attorney)

place of __Ropers, Majeski, Kohn & Bentley__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Grellas Shah LLP
    Address: 20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 95014
    Telephone: (408) 255-6310    Facsimile (408) 255-6350
    E-Mail (Optional): ds@grellas.com

I consent to the above substitution.
Date: 4/9/12
                     (Signature of Party (s))

I consent to being substituted.
Date: 4/9/12
    Ropers, Majeski, Kohn & Bentley
    By: _____
          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/10/2012
                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/12
                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]