AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MARIO BARRERAS VALENZUELA

                      Plaintiff (s),

V.

MC2 POOL & SPA, et al.

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-01698-RS

Notice is hereby given that, subject to approval by the court, __Brian McFall__ substitutes
(Party (s) Name)

__Dhaivat H. Shah__ , State Bar No. __196382__ as counsel of record in
(Name of New Attorney)

place of __Ropers, Majeski, Kohn & Bentley__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Grellas Shah LLP

    Address: 20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 95014

    Telephone: (408) 255-6310      Facsimile (408) 255-6350

    E-Mail (Optional): ds@grellas.com

I consent to the above substitution.

Date: 4/9/12

                                (Signature of Party (s))

I consent to being substituted.

Date: 4/9/12

Ropers, Majeski, Kohn & Bentley

By: _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/10/2012

                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/12

                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]