AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

MARIO BARRERAS VALENZUELA

       Plaintiff (s),

V.

MC2 POOL & SPA, et al.

       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-01698-RS

Notice is hereby given that, subject to approval by the court, __Brian McFall__ substitutes
(Party (s) Name)

__Dhaivat H. Shah__, State Bar No. __196382__ as counsel of record in
(Name of New Attorney)

place of __Ropers, Majeski, Kohn & Bentley__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Grellas Shah LLP
 Address:     20400 Stevens Creek Boulevard, Suite 280, Cupertino, CA 95014
 Telephone:    (408) 255-6310    Facsimile (408) 255-6350
 E-Mail (Optional): ds@grellas.com

I consent to the above substitution.
Date: 4/9/12

                      (Signature of Party (s))

I consent to being substituted.
Date: 4/9/12

Ropers, Majeski, Kohn & Bentley
By: _Lisa Bruno_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/10/2012

                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/16/12

                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]