UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIO BARRERAS VALENZUELA, et al., | No. C 09-01698 RS (LB) |
| Plaintiff(s), | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| v. | |
| MC2 POOL & SPA, et al., | |
| Defendant(s). | |

The court has a settlement conference set for Tuesday, October 23, 2012, at 9:30 a.m. Plaintiff made a demand (as the court's ordered required). *See* Order, ECF No. 78 at 4. The order also requires Defendant to respond, *see id.*, and it has not. Defendant must respond by to Plaintiff by 2:00 p.m. on Monday, October 22, 2012, and must email the response simultaneously to lbpo@cand.uscourts.gov. Plaintiff's counsel must talk about the response with Mr. Valenzuela before the settlement conference so that they have in mind their response to it when they arrive on Tuesday.

**IT IS SO ORDERED.**

Dated: October 21, 2012

LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 09-01698 RS (LB)

Case5:09-cv-01698-RS Document100 Filed10/21/12 Page2 of 2