UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARIO BARRERAS VALENZUELA, et al.,    No. C 09-01698 RS (LB)

    Plaintiff(s),

  v.

**ORDER REGARDING SETTLEMENT CONFERENCE**

MC2 POOL & SPA, et al.,

    Defendant(s).

_____/

The court has a settlement conference set for Tuesday, October 23, 2012, at 9:30 a.m. Plaintiff made a demand (as the court's ordered required). *See* Order, ECF No. 78 at 4. The order also requires Defendant to respond, *see id.*, and it has not. Defendant must respond by to Plaintiff by 2:00 p.m. on Monday, October 22, 2012, and must email the response simultaneously to lbpo@cand.uscourts.gov.    Plaintiff's counsel must talk about the response with Mr. Valenzuela before the settlement conference so that they have in mind their response to it when they arrive on Tuesday.

**IT IS SO ORDERED.**

Dated: October 21, 2012

                                        LAUREL BEELER
                                        United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 5:09-cv-01698-RS   Document 100   Filed 10/21/12   Page 2 of 2

ORDER RE SETTLEMENT CONFERENCE
C 09-01698 RS (LB)

2