**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Mario Barreras Valenzuela,                                    No. C 09-01698 RS

               Plaintiffs,

   v.                                                                   **STANDBY ORDER OF DISMISSAL**

MC2 Pool and Spa, et al.,

               Defendants.

_____/

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 17, 2012**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 20, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated:  10/26/12

                                       _____
                                    RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE