1   GRELLAS SHAH LLP
    GEORGE GRELLAS, ESQ. (SBN 83540)
2   (gg@grellas.com)
    DHAIVAT H. SHAH, ESQ. (SBN 196382)
3   (ds@grellas.com)
    DAVID I. SIEGEL, ESQ. (SBN 264247)
4   (dsiegel@grellas.com)
    20400 Stevens Creek Blvd, Suite 280
5   Cupertino, CA  95014
    Telephone: (408) 255 - 6310
6   Facsimile:  (408) 255 - 6350

7   Attorneys for Defendants, MC2 POOL & SPA,
    MICHAEL & BRIAN MCFALL PTRS,
8   GUILLERMO B. MCFALL and BRIAN MCFALL

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  MARIO BARRERAS VALENZUELA,          Case No.:   C09-1698 RS
    on behalf of all similarly situated others,
13
                 Plaintiff,
14
         v.                              **JOINT STIPULATION TO CONTINUE
15                                       DEADLINE TO FILE STIPULATION
    MC2 POOL & SPA, MICHAEL &            OF DISMISSAL AND HEARING ON
16  BRIAN MCFALL PTRS,                   ORDER TO SHOW CAUSE AND
    GUILLERMO B. MCFALL and             [~~PROPOSED~~] ORDER**
17  BRIAN MCFALL, et al.,

18               Defendant.

19

20

21

22

23

24

25

26

27

28

_GRELLAS SHAH LLP_
_20400 STEVENS CREEK BLVD, SUITE 280_
_CUPERTINO, CA 95014_

1       The parties have settled the matter as result of a settlement conference before

2   Judge Beeler.  Parties have since engaged in discussions for detailed provisions dealing

3   with the novel issues of PAGA civil penalties.  Plaintiff's counsel are currently

4   traveling in Asia, and unable to finalize the settlement agreement.  As such, parties

5   request that the Court grant a 30-day continuance of the deadline set by this Court for

6   the parties to file a stipulation of dismissal to January 17, 2012, and reset the hearing

       24, 2013 at 1:30 p.m.

7   on the order to show cause to January ~~21, 2012.~~

9   Respectfully submitted,

10  GRELLAS SHAH LLP               LAW OFFICES OF ADAM WANG

12  By: /s/ David I. Siegel_____     By: /s/ Adam Wang_____
      David I. Siegel, Esq.               Adam Wang, Esq.
13        Attorneys for Defendants         Attorney for Plaintiff
      MC2 POOL & SPA, MICHAEL      MARIO BARRERAS VALENZUELA
14        AND BRIAN MCFALL PTRS,
      GUILLERMO B. MCFALL AND
15        BRIAN MCFALL

17  CERTIFICATION OF CONCURRENCE

19  I, David I. Siegel, attest that Adam Wang has concurred in the filing of this document.

20                     /s/ David I. Siegel_____
                   David I. Siegel

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  By: _____

26      Hon. Richard Seeborg
    United States District Judge

27  Date: _12/18/12_____

GEORGE GRELLAS & ASSOCIATES
20400 STEVENS CREEK BLVD, SUITE 1720
CUPERTINO, CA 95014

1