GRELLAS SHAH LLP
GEORGE GRELLAS, ESQ. (SBN 83540)
(gg@grellas.com)
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255 - 6310
Facsimile:  (408) 255 - 6350

Attorneys for Defendants, MC2 POOL & SPA,
MICHAEL & BRIAN MCFALL PTRS,
GUILLERMO B. MCFALL and BRIAN MCFALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BARRERAS VALENZUELA, on behalf of all similarly situated others,<br><br>Plaintiff,<br><br>v.<br><br>MC2 POOL & SPA, MICHAEL & BRIAN MCFALL PTRS, GUILLERMO B. MCFALL and BRIAN MCFALL, et al.,<br><br>Defendant. | Case No.:  C09-1698 RS<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL AND HEARING ON ORDER TO SHOW CAUSE AND [PROPOSED] ORDER** |

The parties have settled the matter as result of a settlement conference before Judge Beeler. Parties have since engaged in discussions for detailed provisions dealing with the novel issues of PAGA civil penalties. Plaintiff's counsel are currently traveling in Asia, and unable to finalize the settlement agreement. As such, parties request that the Court grant a 30-day continuance of the deadline set by this Court for the parties to file a stipulation of dismissal, to January 17, 2012, and reset the hearing on the order to show cause to January ~~21, 2012.~~ 24, 2013 at 1:30 p.m.

Respectfully submitted,

| GRELLAS SHAH LLP | LAW OFFICES OF ADAM WANG |
|---|---|
| By: /s/ David I. Siegel<br>David I. Siegel, Esq.<br>Attorneys for Defendants<br>MC2 POOL & SPA, MICHAEL AND BRIAN MCFALL PTRS, GUILLERMO B. MCFALL AND BRIAN MCFALL | By: /s/ Adam Wang<br>Adam Wang, Esq.<br>Attorney for Plaintiff<br>MARIO BARRERAS VALENZUELA |

**CERTIFICATION OF CONCURRENCE**

I, David I. Siegel, attest that Adam Wang has concurred in the filing of this document.

/s/ David I. Siegel
David I. Siegel

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: /s/ Richard Seeborg
Hon. Richard Seeborg
United States District Judge

Date: 12/18/12

GEORGE GRELLAS & ASSOCIATES
20400 STEVENS CREEK BLVD, SUITE 1720
CUPERTINO, CA 95014