LAW OFFICES OF ADAM WANG
ADAM WANG, Bar No. 201233
12 South First Street, Suite 708
San Jose, CA, 95113
TELEPHONE:(408) 844-4010
FACSIMILE: (408) 416-0248

Attorney for Plaintiff
ARISTEO RIOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BARRERAS VALENZUELA, on behalf of all similarly situated others,<br><br>Plaintiff,<br><br>vs.<br><br>MC2 POOL & SPA, MICHAEL & BRIAN MCFALL PTRS, GUILLERMO B MCFALL, BRIAN MCFALL, and DOES 1-10<br><br>Defendants | Case No.: C09-1698 RS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement is GRANTED. The Parties' settlement is APPROVED.

Pursuant to parties' stipulation, IT IS FURTHERED ORDERED that Plaintiff's Complaint be dismissed in its entirety. This Court retains jurisdiction for the purpose of enforcing the settlement of this case.

**It is so Ordered.**

Dated:   January 28, 2013

By: _____
RICHARD SEEBORG
United State District Court Judge